IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA      *
                              *
    Plaintiff                 *         CASE NO. CR06-0072(JAF)
                              *
    vs.                       *
                              *
    Andrés García-Claudio     *
    Defendant                 *
                              *
* * * * * * * * * * * * * * * *

## NOTICE TO MDC-GUAYNABO

### RE: DEFENDANT'S MEDICAL CONDITION AND/OR TREATMENT

Please be advised that the above-captioned defendant is being or has been treated and/or suffers from the following: **High blood pressure**

Defendant informed he/she is taking the following medications:

In San Juan, Puerto Rico, this __6__ day of __March__, 2006.

_____
Magistrate Courtroom Deputy
or Judicial Officer

s/c: AUSA, USM, PTS, ATTY, MDC

[Stamp: RECEIVED & FILED MAR - 6 2006 CLERK'S OFFICE U.S. DIST. COURT SAN JUAN, PR]